| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE:   A. KATHLEEN TOMLINSON          DATE:   4/9/2013
          U.S. MAGISTRATE JUDGE           TIME:   11:30 a.m.

*Cohan, et al. v. Columbia Sussex Management, LLC*,
**CV 12-3203 (JS) (AKT)**

TYPE OF CONFERENCE:          **DISCOVERY STATUS CONFERENCE**

APPEARANCES:   Plaintiff     Michael A. Tompkins
                             Lloyd Ambinder

               Defendant     David B. Picker


THE FOLLOWING RULINGS WERE MADE:

1. Today's Discovery Status Conference was set in the original Case Management and Scheduling Order [DE 23] issued on November 20, 2012. Prior to the Conference, the Court reviewed the Discovery Status Reports submitted by counsel for both sides. To the extent that defendant is continuing to collect and review electronically stored information with its outside vendor, the Court expects that process to continue expeditiously. However, in light of the reference to defendant's outside vendor processing "several dozen gigabytes of electronically stored information," the Court expects the parties to have a further discussion in a good faith attempt to narrow the categories of ESI requested by plaintiffs. The Court does not know whether this is a matter of the search terms being used, the number of record custodians (or both) or some other problem. However, no ESI production should require any party to process gigabytes of ESI with the concomitant expense.

2. It was agreed today that deadlines for further pre-trial tasks will be set once the Court issues its decision on the pending collective action certification motion. In that decision, the Court will provide a date for the next conference.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge